*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*WESTERN DIVISION*

| | |
|---|---|
| **FCCI INSURANCE COMPANY,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff/Counter-Defendant, | |
| v. | |
| **NICKSON GENERAL CONTRACTORS, INC.** | CASE NO: 2:22-cv-2261-tmp |
| Defendant/Counter-Plaintiff. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered

   IT IS SO ORDERED AND ADJUDGED that pursuant to the Joint Stipulation Of Dismissal With Prejudice Of All Claims And Counterclaims entered on May 4, 2023 this case is hereby DISMISSED WITH PREJUDICE.

**APPROVED:**

s/ Tu M. Pham
**TU M. PHAM**
**UNITED STATES MAGISTRATE JUDGE**

| | |
|---|---|
| May 4, 2023 | WENDY R. OLIVER |
| **DATE** | Clerk of Court |
| | |
| | s/Terry Haley |
| | **(By)  Deputy Clerk** |